AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| MOSKOWITZ, Barry T. | Southern District of California | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Chief, U.S. District Judge - Active | ☐ Nomination Date<br>☐ Initial ☑ Annual ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

U.S. Courthouse
333 W. Broadway, Suite 1580
San Diego, CA 92101

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of the Advisory Board | San Diego Chapter of the Federal Bar Association |
| 2. | Power of Attorney for family member (managing assets and paying bills) | |
| 3. | Trustee | Family Trust A |
| 4. | Trustee | Family Trust B |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2017 | California State Teachers Retirement System - Pension |
| 2. | 2017 | San Diego Unified School District Supplemental Retirement Annuity from Pacific Life Insurance Company |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Hyatt Regency Kanapoli, Maui - March 2017 | Lodging waived at my ▮▮▮▮ wedding; no ADA compliant room available. | $1,700.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Barclay Card Visa | Revolving Credit Card Accounts (1) | K |
| 2. | Citi Card | Revolving Credit Card Account (1) | J |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Cabrillo Credit Union (accounts) | A | Interest | K | T | | | | | |
| 2. CA Teachers Retirement System | | None | J | T | | | | | |
| 3. Ford Common Stock | A | Dividend | J | T | | | | | |
| 4. Wells Fargo Bank | A | Interest | K | T | | | | | |
| 5. Apple Common Stock | A | Dividend | J | T | | | | | |
| 6. San Diego County Credit Union (Trust A) | A | Interest | K | T | | | | | |
| 7. U.S. Bank (accounts) (Trust A) | A | Interest | K | T | | | | | |
| 8. Wells Fargo Bank (accounts) (Trust A) | A | Interest | O | T | | | | | |
| 9. Schwab brokerage money market (Trust A) cash reserves | A | Interest | K | T | | | | | |
| 10. American Century CA (BCITX) Bond Fund (A) | C | Dividend | M | T | | | | | |
| 11. Vanguard CA Inter Term Bond Fund (VCADX) (A) | B | Dividend | L | T | | | | | |
| 12. Vanguard Inflation Bond Fund (VAIPX) (A) | A | Dividend | K | T | | | | | |
| 13. I Shares MSCI EAFE ETF (EFA) (A) | A | Dividend | K | T | | | | | |
| 14. Select STR Financial ETF (XLF) (A) | A | Dividend | K | T | | | | | |
| 15. SPDR S&P Mid Cap 400 ETF (MDY) (A) | A | Dividend | K | T | | | | | |
| 16. SPDR S&P 500 ETF (SPY) (A) | A | Dividend | K | T | | | | | |
| 17. I Shares Core S&P small cap ETF (IJR) (A) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Schwab Bank account (B) | A | Interest | L | T | | | | | |
| 19. Schwab Trust B brokerage money market (B) | A | Int./Div. | M | T | | | | | |
| 20. American Century Inter (twtix) bond fund (B) | C | Int./Div. | M | T | | | | | |
| 21. Doubleline EMRG MKTS (DLENX) bond fund (B) | A | Dividend | K | T | | | | | |
| 22. | A | Distribution | | | | | | | |
| 23. Ridgeworth (Virtus) SEIX INVT bond fund (STTBX) (B) | B | Dividend | L | T | | | | | |
| 24. Schwab CA Tax Free Bond Fund (SWCAX) (B) | C | Dividend | M | T | | | | | |
| 25. USAA Tax Exempt Inter bond fund (USATX) (B) | C | Int./Div. | M | T | | | | | |
| 26. Vanguard CA Inter Term bond fund (VCADX) (B) | D | Int./Div. | M | T | | | | | |
| 27. Parnassus Core EQTY stock fund (PRBLX) (B) | A | Distribution | J | T | | | | | |
| 28. | A | Dividend | | | | | | | |
| 29. I Shares Select DIV. A ETF fund (DVY) (B) | A | Dividend | K | T | | | | | |
| 30. SP DR S&P DIV. ETF fund (SDY) (B) | A | Distribution | K | T | | | | | |
| 31. | A | Dividend | | | | | | | |
| 32. Vanguard REIT ETF fund (VNQ)(B) | A | Dividend | J | T | | | | | |
| 33. American Century High MUN bond fund (ABHYX) (B) | B | Int./Div. | L | T | | | | | |
| 34. Vanguard High Yield Corp. bond fund (VWEAX) (B) | C | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Family Trust (see explanation) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MOSKOWITZ, Barry T. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

V.

March, 2017 - Waiver of lodging cost at my ▆▆▆ wedding because the Hyatt did not have the ADA compliant room I had reserved. The value was approximately $1,700.00

VII.

In 2016, I became the successor trustee for one of my family members who is the lifetime beneficiary of the trusts. I also started acting as power of attorney for the same family member in 2016. Pursuant to the Instruction on page 9, the investment assets subject to the power of attorney were not reported. The assets in Trusts A and B are denoted by (A) and (B) respectively.

My ▆▆▆ had a trust. My ▆ is not the trustee or a trust beneficiary during the life of her ▆▆. She is a beneficiary on death. My ▆▆ died on 12/24/17. The trustee sold the trust assets in 2018 and distributed my ▆ share to her in 2018. I made an inquiry to the Committee on Financial Disclosure as to whether I had to list the several individual assets of her ▆▆ trust. I was advised by Examiner ▆▆ on May 10, 2018 that I did not have to list the trust on my 2017 report, but if I wanted to, I could include this explanation.

| Name of Person Reporting | Date of Report |
| --- | --- |
| MOSKOWITZ, Barry T. | 05/14/2018 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Barry T. MOSKOWITZ**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544